106 A.3d 481

IN THE MATTER OF ERIK W. MUELLER, A/K/A ERIK MUELLER, AN ATTORNEY AT LAW (ATTORNEY NO. 000682000).

January 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **ERIK W. MUELLER, a/k/a ERIK MUELLER of HOWELL,** who was admitted to the bar of this State in 2000, and who was suspended from the practice of law for a period of three years effective June 24, 2011, by Order of this Court filed July 3, 2014, be restored to the practice of law, effective immediately.